UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EDWARD GEARHEART, JR.,<br><br>Defendant. | Case No. 6:23-mj-00006-CDB<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT TWO OF THE SECOND SUPERSEDING INFORMATION<br><br>(DOC. NO. 67)<br><br>ORDER FINDING DEFENDANT'S MOTION TO DISMISS COUNT TWO MOOT<br><br>(DOC. NO. 63) |

Pending before the Court is the government's motion to dismiss Count Two of the Second Superseding Information in Case No. 6:23-mj-00006-CDB against CHARLES EDWARD GEARHEART, JR., with prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure filed (Doc. No. 67). Also, pending is Defendant's discovery motion seeking dismissal of Count Two as a sanction filed on March 5, 2025. (Doc. No. 63). A "court's discretion to deny leave [under Rule 48] is limited" and is only permitted where "the motion was clearly contrary to manifest public interest." *United States v Gonzalez,* 58 F.3d 459, 461-462 (9th Cir. 1995); *United States v. Garcia-Valenzuela*, 232 F.3d 1003, 1008 (9th Cir. 2000) (finding the district court had abused their discretion in denying a Rule 48 because there was "no evidence … that the government's motion was contrary to public interest.").

Accordingly, it is hereby ORDERED:

1. The Government's Motion to Dismiss (Doc. No. 67) is GRANTED and COUNT TWO of the Second Superseding Information in the above case is DISMISSED, with prejudice.

2. Defendant's Motion to Dismiss (Doc. No. 63) is MOOT.

Dated: <u>March 10, 2025</u>

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2