HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
KARA R. OTTERVANGER FL BN# 0112110
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHARLES GEARHEART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES GEARHEART,<br><br>Defendant. | Case No. 1:25-cr-00065-JLT<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

The parties, through their respective counsel, Assistant United States Attorneys Chan Hee Chu and Cody Chappel, counsel for the United States of America, and Assistant Federal Defenders Kara R. Ottervanger and Lisa Ndembu Lumeya, counsel for Charles Edward Gearheart, Jr., hereby jointly move the Court to modify the briefing schedule in this matter.

On April 1, 2025, a briefing schedule was filed pursuant to Local Rule 422. [ECF # 79]. The schedule currently requires the initial brief be filed within twenty-one days after receipt of the requested transcripts, the response brief twenty-one days after the initial brief, and the reply brief seven days after the response brief. After conferring, the parties believe that, based on the parties' respective obligations in other cases, as well as pre-existing out-of-office travel, the current briefing schedule does not allow sufficient time for the parties to fully brief the issues in this case. Accordingly, the parties request the following deadlines:

Appellant's initial brief: July 9, 2025.

Appellee's response brief: September 3, 2025.

Appellant's response brief: October 1, 2025.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 21, 2025

*/s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
LISA NDEMBU LUMEYA
Assistant Federal Defender
Counsel for Defendant Charles E. Gearheart

MICHELE BECKWITH
Acting United States Attorney

Date: April 15, 2025

/s/ *Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED that the briefing schedule is this matter is amended as follows: Appellant's initial brief shall be served and filed by July 9, 2025. Appellee's response brief shall be filed by September 3, 2025. Appellant's response brief shall be filed by October 1, 2025.

IT IS SO ORDERED.

Dated: **April 21, 2025**

UNITED STATES DISTRICT JUDGE